MORRIS SEIDEN, an Infant, by DAVID SEIDEN, His Guardian ad Litem, Respondent, *v.* JOHN B. REIMER, Appellant, Impleaded with Another.

DAVID SEIDEN, Respondent, *v.* JOHN B. REIMER, Appellant, Impleaded with Another.

*Negligence — motor vehicles — collision at street crossing with sled on which boys were coasting down hill.*

*Seiden* v. *Reimer,* 190 App. Div. 713 (2 cases), affirmed.
(Argued December 16, 1921; decided January 17, 1922.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained through the negligence of the defendant. The second action was by the father of the plaintiff in the first action to recover for loss of services of his son arising from his injuries. The infant plaintiff was steering a bobsled as he and two other boys coasted down hill, and across Jamaica avenue, a public thoroughfare, in Jamaica, L. I. On the far side of Jamaica avenue an automobile owned by appellant and driven by the appellant's son collided with the sled causing the injuries complained of.

*Theodore H. Lord* and *Fred H. Rees* for appellant.
*Francis M. Scott* and *Leonard F. Fish* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.